BRUNSWICK–BALKE–COLLENDER CO. v. KLUMPP et al. (Circuit Court, S. D. New York. January 11, 1904.) Motion for Leave to Withdraw Answer. For former opinion, see 126 Fed. 765. S. L. Moody, for the motion. Jos. C. Clayton, opposed.

LACOMBE, Circuit Judge. No good reason for withdrawing the answer is shown. If defendants decide that further prosecution of the defense is not worth its cost to them, they may offer to submit to a decree in the usual form, sustaining title and validity of patent, finding infringement, and for injunction and accounting. This will relieve them from liability for any subsequent costs for taking testimony and printing record. They cannot escape accounting by no longer litigating the main issues; but there seems no doubt, in view of what was said on the argument, that a fixed sum for each alley may be agreed upon, and possibly also the number of alleys made or sold which embody the device of the patent as found by the decree.

---

EDISON PHONOGRAPH CO. v. SWITKY. (Circuit Court, S. D. New York. February 18, 1904.) Frank E. Bradley, for the motion. Waldo G. Morse, opposed.

LACOMBE, Circuit Judge. Complainant may take injunction as to machines. As to the records, defendant asserts under oath that all that he has offered for sale were bought secondhand from persons who had paid the full retail price for them. If this be so, the questions raised should be left for final hearing. But, in view of the fact that defendant advertises new records for sale, his affidavit cannot be taken as conclusive, without giving his adversary opportunity of cross-examination. If complainant wishes to cross-examine on the averments of the affidavit, he may take an order, sending it to Robert C. Beatty, Esq., as special master to conduct such examination and report his conclusions with the testimony, and upon the coming in of his report this motion may be renewed. If complainant prefer not to cross-examine, the motion as to the records will be denied. If defendant fail, after being duly notified, to appear for cross-examination, the motion for preliminary injunction will be granted.

---

L. E. WATERMAN CO. v. JOHNSON. SAME v. LOCKWOOD et al. (Circuit Court, D. Massachusetts. February 8, 1904.) Nos. 1,221, 1,222. In Equity. Walter S. Logan, for complainant. Oliver R. Mitchell, for defendants.

LOWELL, District Judge. The items in controversy in the taxations of costs in above cases have been fully considered in the opinion in cases Nos. 951, 1,223, and 1,224 between the same parties (128 Fed. 174); and the taxations are to be modified in accordance with that opinion.